UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

2013 JUN 17 PM 12: 44

Terry J. Garrett
1355 Decatur St
Memphis TN
(Name of plaintiff or plaintiffs)

v.     CIVIL ACTION NO. _____

UST Temp Service
P.O. Box 3249
Memphis TN 38173
(Name of defendant or defendants)

## COMPLAINT UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964

1. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is specifically conferred on the Court by 42 U.S.C. §2000e-5. Equitable and other relief are also sought under 42 U.S.C. §2000e-5(g).

2. Plaintiff, Terry James Garrett
(name of plaintiff)

is a citizen of the United States and resides at  1355 Decatur St
(street address)

Mphis        Shelby            TN
(city)        (country)         (state)

38107                    901·522·9824
(zip code)              (telephone number)

Revised 4-18-08

3. Defendant **LSI Temp**
(defendant's name)
lives at, or its business is located at **P.O. Box 3249**
(street address)
**Memphis TN 38173**

4. Plaintiff sought employment from the defendant or was employed by the defendant at
**LSI Temp Service**
(street address)
**Memphis**   **Shelby**   **TN**   **38173**
(city)        (country)    (state)  (zip code)

5. Defendant discriminated against plaintiff in the manner indicated in paragraph 9 of this complaint on or about **14th    Oct    2012**
                                   (day)   (month)  (year)

6. Defendant filed charges against the defendant with the Tennessee Fair Employment Commission charging defendant with the acts of discrimination indicated in paragraph 9 of this complaint on or about **NA**
                                   (day)   (month)  (year)

7. Plaintiff filed charges against the defendant with the Equal Employment Opportunity Commission charging defendant with the acts of discrimination indicated in paragraph 9 of this complaint on or about **23rd    Oct    2012**
                                   (day)   (month)  (year)

8. The Equal Employment Opportunity Commission issued a Notice of Right to Sue, which was received by plaintiff on **28 03 2013**. (Attach a copy of the notice to this complaint.)
                                   (day)  (month)  (year)

9. Because of plaintiff's (1) ___ race, (2) ___ color, (3) ___ sex, (4) ___ religion, (5) ___ national origin, defendant **(6) age**

   (a) ___ failed to employ plaintiff.
   (b) ✓ terminated plaintiff's employment.
   (c) ✓ failed to promote plaintiff.
   (d) ✓ **demoted · harrassed · ousted**

Revised 4-18-08

10. The circumstances under which defendant discriminated against plaintiff were as follows: For no fault of my own was demoted from my fourteen year job same as another lady mrs Juanita. Pushed around. Taunted. denied overtime. by Barnes & Miller

11. The acts set forth in paragraph 9 of this complaint

    (a) \_\_\_ are still being committed by defendant.

    (b) \_\_\_ are no longer being committed by defendant.

    (c) ✓ may still be being committed by defendant.

12. Please attach to this complaint a copy of the charges filed with the Equal Employment Opportunity Commission, which are submitted as a brief statement of the facts supporting this complaint.

WHEREFORE, Plaintiff prays that the Court grant the following relief to the plaintiff:

    (a) \_\_\_ Defendant be directed to employ plaintiff, or

    (b) ✓ Defendant be directed to re-employ plaintiff, or

    (c) \_\_\_ Defendant be directed to promote plaintiff, or;

    (d) ✓ Defendant be directed to pay raise, same as others with my work position

and that the Court grant such other relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

13. I would like to have my case tried by a jury. Yes (✓) No ( )

*Terry L. Garrett*
SIGNATURE OF PLAINTIFF

Revised 4-18-08