IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| **TERRY JAMES GARRETT,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 13-2434-STA-dkv |
| | ) | |
| **L.S.I. TEMPORARY SERVICES, LLC,** | ) | |
| **and PATTERSON WAREHOUSE,** | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Before the Court is the United States Magistrate Judge' Report and Recommendation (D.E. # 29) that Defendants' Motion for Summary Judgment (D.E. # 25) be granted. Objections to the Report and Recommendation were due within fourteen (14) days of the entry of the Report. The Report and Recommendation was entered on December 20, 2013, making the objections due on or before January 3, 2014. Neither party has filed objections within the time permitted.

Having reviewed the Magistrate Judge's Report and Recommendation *de novo*, the parties' briefs, and the entire record of the proceeding, the Court hereby **ADOPTS** the Magistrate Judge's Report. Defendant's Motion for Summary Judgment is **GRANTED**.

**IT IS SO ORDERED.**

s/ S. Thomas Anderson
S. THOMAS ANDERSON
UNITED STATES DISTRICT JUDGE

Date: January 15, 2014.