UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

---

**TERRY JAMES GARRETT**                    JUDGMENT IN A CIVIL CASE

**v.**

**L.S.I. TEMPORARY SERVICES, LLC,**         CASE NO: 13-2434-A
**and PATTERSON WAREHOUSE**

---

**DECISION BY COURT.**  This action came to consideration before the
Court.  The issues have been considered and a decision has been
rendered.


**IT IS SO ORDERED AND ADJUDGED**  that in accordance with the Order
Adopting Magistrate Judge's Report And Recommendation entered on
January 15, 2014, this cause is hereby dismissed.




**APPROVED:**


**s/ S. Thomas Anderson**
**UNITED STATES DISTRICT COURT**

**DATE: 1/16/2014**                         **THOMAS M. GOULD**
                                            **Clerk of Court**


                                            **s/Terry L. Haley**
                                         **(By)  Deputy Clerk**